### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CHARLES SWIFT,** | ) | **4:15CV3016** |
| Plaintiff, | ) | |
| v. | ) | **MEMORANDUM AND ORDER** |
| **WADIE THOMAS, Judge Juvenile Court, Douglas County Nebraska,** | ) | |
| Defendant. | ) | |

Plaintiff, a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis. (Filing No. 5.) Upon review of Plaintiff's Motion, the Court finds that Plaintiff is financially eligible to proceed in forma pauperis. Accordingly,

IT IS ORDERED that leave to proceed in forma pauperis is provisionally granted, and the Complaint shall be filed without payment of fees. Plaintiff is advised that the next step in his case will be for the Court to conduct an initial review of his claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The Court will conduct this initial review in its normal course of business.

DATED this 24th day of March, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge