# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CHARLES SWIFT,** | ) | **4:15CV3016** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **WADIE THOMAS, Judge Juvenile Court, Douglas County Nebraska,** | ) ) | |
| | ) | |
| Defendant. | ) | |

On July 1, 2015, the Court ordered Plaintiff to file an amended complaint within 30 days or face dismissal of this action. To date, Plaintiff has not filed an amended complaint or taken any other action in this matter. Accordingly,

IT IS ORDERED that:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders.

2. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 31st day of August, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge